# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COUNCIL ROCK SCHOOL DISTRICT,** | |
| **Plaintiff,** | **CIVIL ACTION** |
| | **NO. 09-5604** |
| v. | |
| **THOMAS BOLICK, II, ET AL.,** | |
| **Defendants.** | |

## ORDER

**AND NOW**, this _____ day of August, 2010, upon consideration of the Motion for the Recusal of Judge Petrese B. Tucker for the Appearance of Bias and/or Prejudice (Doc. 28), and the Responses in Opposition thereto (Doc. 31), filed by Plaintiff/Counter-Defendant, **IT IS HEREBY ORDERED and DECREED** as follows:

1. Defendants/Counter-Plaintiffs' Second Motion for the Recusal of Judge Petrese Tucker for the Appearance of Bias and/or Prejudice is **DENIED**.

        **BY THE COURT**:

        **/s/ Petrese B. Tucker**
        _____
        **Hon. Petrese B. Tucker, U.S.D.J.**