**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **COUNCIL ROCK SCHOOL DISTRICT,** | : | |
| | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 09-5604** |
| **v.** | : | |
| | : | |
| **THOMAS BOLICK, II, ET AL.,** | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this _____ day of December, 2010, upon consideration of Plaintiff Council Rock School District's Motion for Judgment on the Administrative Record (Doc. 27); Defendants' Thomas Bolick, II and Thomas Bolick, III Response in Opposition thereto (Doc. 32); Defendants' Motion for Summary Judgment (Doc. 29); Plaintiff's Response in Opposition thereto (Doc. 30) and Defendants' Motion for Leave to Reply to Plaintiff's Response (Doc. 33), **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Motion for Judgment on the Administrative Record is **GRANTED**.

**IT IS FURTHER ORDERED AND DECREED** that

> Defendants' Motion for Summary Judgment which the Court has construed as a Motion for Judgement on the Administrative Record is **DENIED**.

> Defendant's Motion For Leave to Reply is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**